THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

M. LEONARD SIMPSON, on behalf of himself, TURAL ALISKER, f/k/a TURAL ALASKAROV, on behalf of himself, and a class of those similarly situated,

Plaintiffs,

v.

INTER-CON SECURITIES SYSTEMS, INC.,

Defendant.

Case No. 2:12-cv-01955 RAJ

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**NOTE ON MOTION CALENDAR: JUNE 19, 2013**

IT IS STIPULATED by and between the parties hereto that any and all claims or causes of action by Plaintiffs M. Leonard Simpson and Tural Alisker (the "Plaintiffs") against the Defendant may be dismissed with prejudice and without an award of costs or attorneys' fees.

DATED this 19th day of June, 2013.

BADGLEY MULLINS LAW GROUP PLLC

By *s/Donald H. Mullins*
Donald H. Mullins, WSBA #4966
Email: donmullins@badgleymullins.com

By *s/Mark K. Davis*
Mark K. Davis, WSBA #38713
Email: mdavis@badgleymullins.com

LANE POWELL PC

By *s/D. Michael Reilly*
D. Michael Reilly, WSBA No. 14674
Email: reillym@lanepowell.com

By *s/Rudy A. Englund*
Rudy A. Englund, WSBA No. 4123
Email: englundr@lanepowell.com

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
Case No. 2:12-cv-01955 RAJ

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

126761.0002/5726942.1

| | |
|---|---|
| 1 | |
| 2 | 4750 Columbia Center<br>701 Fifth Ave.<br>Seattle, WA 98104<br>Telephone: (206) 621-6566<br>Facsimile: (206) 621-9686<br><br>*Attorneys for Plaintiffs* | By *s/Erin M. Wilson*<br>Erin M. Wilson, WSBA No. 42454<br>Email: wilsonem@lanepowell.com<br><br>1420 Fifth Avenue, Suite 4200<br>Seattle, WA 98101-2338<br>Telephone: (206) 223-7000<br>Facsimile: (206) 223-7107<br><br>*Attorneys for Defendant* |

4750 Columbia Center
701 Fifth Ave.
Seattle, WA 98104
Telephone: (206) 621-6566
Facsimile: (206) 621-9686

*Attorneys for Plaintiffs*

By *s/Erin M. Wilson*
Erin M. Wilson, WSBA No. 42454
Email: wilsonem@lanepowell.com

1420 Fifth Avenue, Suite 4200
Seattle, WA 98101-2338
Telephone: (206) 223-7000
Facsimile: (206) 223-7107

*Attorneys for Defendant*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2
Case No. 2:12-cv-01955 RAJ

126761.0002/5726942.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

## ORDER

The parties having stipulated for dismissal of any and all claims or causes of action by Plaintiffs against the Defendant with prejudice and without an award of costs or attorneys' fees, and the Court being fully advised in the premises; NOW THEREFORE,

IT IS ORDERED that any and all claims or causes of action by Plaintiffs against Defendant are hereby dismissed with prejudice and without an award of costs or attorneys' fees.

DATED this _____ day of _____, 2013.

_____
Hon. Richard A. Jones
UNITED STATES DISTRICT COURT JUDGE

Presented by:

LANE POWELL PC

By *s/Rudy A. Englund*
    D. Michael Reilly, WSBA No. 14674
    Rudy A. Englund, WSBA No. 4123
    Erin M. Wilson, WSBA No. 42454
    Attorneys for Defendant

BADGLEY MULLINS LAW GROUP PLLC

*[via email authorization]*

By *s/Mark K. Davis*
    Donald H. Mullins, WSBA No. 4966
    Mark K. Davis, WSBA No. 38713
    Attorneys for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 3
Case No. 2:12-cv-01955 RAJ

126761.0002/5726942.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

## CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 19th day of June, 2013, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to all CM/ECF participants and any non-CM/ECF participants will be served in accordance with the Federal Rules of Civil Procedure on the following:

Donald H. Mullins, WSBA No. 4966
Mark K. Davis, WSBA No. 38713
BADGLEY~MULLINS LAW GROUP
4750 Columbia Center
701 Fifth Avenue
Seattle, Washington, 98104

Telephone: (206) 621-6566
Facsimile: (206) 621-9686
Email: donmullins@badgleymullins.com
       mdavis@badgleymullins.com

- ☑ by **CM/ECF**
- ☐ by **Electronic Mail**
- ☐ by **Facsimile Transmission**
- ☐ by **First Class Mail**
- ☐ by **Hand Delivery**
- ☐ by **Overnight Delivery**

DATED at Seattle, Washington, this 19th day of June, 2013.

*/s/ Janet Wiley*
Janet Wiley

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 4
Case No. 2:12-cv-01955 RAJ

126761.0002/5726942.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107